NUMBER 13-01-372-CR




COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_______________________________________________________________


TIMOTHY HEATH FERGUSON, Appellant,


v.



THE STATE OF TEXAS, Appellee.

_______________________________________________________________


On appeal from the 107th District Court 


of Cameron County, Texas.


________________________________________________________________

 

MEMORANDUM OPINION



Before Justices Rodriguez, Castillo, and Kennedy (1)


Opinion Per Curiam



 Appellant, TIMOTHY HEATH FERGUSON, perfected an appeal from a judgment
entered by the 107th District Court of Cameron County, Texas, in cause number 01-CR-89-A. On March 20, 2003, this cause was abated, and the trial court was directed
to conduct a hearing in accordance with Tex. R. App. P. 38.8(b)(2). The trial court's
findings and recommendations were received on April 7, 2003. The trial court found
that the appellant has abandoned his appeal.

 The Court, having considered the documents on file and the trial court's findings
and recommendations, is of the opinion that the appeal should be dismissed. The
appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Opinion delivered and filed this

the 24th day of April, 2003.

1. Retired Justice Noah Kennedy assigned to this Court by the Chief Justice of the Supreme
Court of Texas pursuant to Tex. Gov't Code Ann. § 74.003 (Vernon 1998).